**Order filed, March 29, 2012**

.



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00098-CV

_____

**Zyareaya Z. Miller, Appellant**

**V.**

**Joshua Oyeniyi, Appellee**

**On Appeal from the Co Civil Ct at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1004996**

## ORDER

The reporter's record in this case was due March 23, 2012.  *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Karen Field, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM